# United States District Court
# For The Western District of North Carolina
# Statesville Division

MARVIN HAROLD WITHERSPOON,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:07CV21-3-V

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 12, 2008, Order.

Signed: November 12, 2008

Frank G. Johns, Clerk
United States District Court